THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUNEO EASTERN PRESS, INC., a Corporation, Appellant.— Judgment of conviction of the Court

of Special Sessions of the City of New York, Borough of Brooklyn, dated September 16, 1930, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.